178 So.2d 565

**Cleve G. CAZALAS**

v.

**STATE.**

1 Div. 265.

Supreme Court of Alabama.

Aug. 12, 1965.

Rehearing Denied Sept. 30, 1965.

Harry Seale, Mobile, for petitioner.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

COLEMAN, Justice.

Petition of Cleve G. Cazalas for certiorari to the Court of Appeals to review and revise the judgment and decision in Cazalas v. State, Ala.App., 178 So.2d 562 (1 Div. 983).

Writ denied.

LAWSON, GOODWYN and HARWOOD, JJ., concur.

178 So.2d 837

**Thomas G. DONAHEY**

v.

**CITY OF MONTGOMERY.**

3 Div. 207.

Supreme Court of Alabama.

Sept. 30, 1965.

Horace Perry, Montgomery, for petitioner.

Ira DeMent, Montgomery, opposed.

LAWSON, Justice.

Petition of the City of Montgomery for certiorari to the Court of Appeals to review and revise the judgment and decision in Donahey v. City of Montgomery, 178 So.2d 832.

Writ denied.

LIVINGSTON, C. J., and GOODWYN, MERRILL, COLEMAN and HARWOOD, JJ., concur.